UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Teralyn R. Hall | § | Case No. 15-33309 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 107,500.00 *(Without deducting any secured claims)* | Assets Exempt: 20,500.00 |
| Total Distributions to Claimants: 4,429.92 | Claims Discharged Without Payment: 233,016.16 |
| Total Expenses of Administration: 1,367.08 | |

    3) Total gross receipts of $ 5,797.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,797.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 205,312.86 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,367.08 | 1,367.08 | 1,367.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,406.58 | 12,726.64 | 12,726.64 | 4,429.92 |
| TOTAL DISBURSEMENTS | $ 224,719.44 | $ 14,093.72 | $ 14,093.72 | $ 5,797.00 |

4) This case was originally filed under chapter 7 on 09/30/2015 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017             By:/s/Joji Takada, Chapter 7 Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 5,797.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,797.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Bank PO Box 689 Freeport, IL 61032 | | 145,309.69 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage Po Box 10335 Des Moines, IA 50306-0368 | | 60,003.17 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 205,312.86** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,329.70 | 1,329.70 | 1,329.70 |
| Joji Takada | 2200-000 | NA | 7.38 | 7.38 | 7.38 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,367.08 | $ 1,367.08 | $ 1,367.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy Credit Services PO Box 790441 Saint Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Best Buy Retail Services P.O. Box 17298 Baltimore, MD 21297 | | 3,769.00 | NA | NA | 0.00 |
| | Capital One PO Box 30285 Salt Lake City, UT 84100 | | 5,271.37 | NA | NA | 0.00 |
| | CBE Group Payment Processing Center PO Box 480 Waterloo, IA 50704-0480 | | 0.00 | NA | NA | 0.00 |
| | Home Depot Credit Services PO Box 790328 Saint Louis, MO 63179 | | 1,427.04 | NA | NA | 0.00 |
| | JCPenney P.O. Box 960090 Orlando, FL 32896-0090 | | 3,945.27 | NA | NA | 0.00 |
| | Kohl's Payment Center P.O. Box 2983 Milwaukee, WI 53201-2983 | | 3,510.00 | NA | NA | 0.00 |
| | NTB Credit Plan PO Box 6403 Sioux Falls, SD 57117-6403 | | 1,483.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery PO Box 12914 Norfolk, VA 23541 | | 0.00 | NA | NA | 0.00 |
| | Progressive Financial Services, Inc P.O. Box 22083 Tempe, AZ 85285 | | 0.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (USA), N.A. | 7100-000 | NA | 663.80 | 663.80 | 231.06 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | NA | 4,607.57 | 4,607.57 | 1,603.81 |
| 3 | Capital One, N.A. | 7100-000 | NA | 3,510.00 | 3,510.00 | 1,221.77 |
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 3,945.27 | 3,945.27 | 1,373.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 19,406.58 | $ 12,726.64 | $ 12,726.64 | $ 4,429.92 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 15-33309 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Teralyn R. Hall | | | | Date Filed (f) or Converted (c): | 09/30/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/29/2015 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 03/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1106 Windsor Drive Shorewood, Il 60404. Co-Own With Non-Fili | 122,500.00 | 0.00 | | 0.00 | FA |
| 2. Bmo Harris Bank Checking | 800.00 | 0.00 | | 0.00 | FA |
| 3. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. 403B Through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 6. Tax Refund (u)  2015 tax refund | 7,997.00 | 8,000.00 | | 5,797.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $133,797.00 | $8,000.00 | | $5,797.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Keeping case open for tax refund over $6000. - Joji Takada 12/22/2015

NFR TFR Fee app completed and sent to UST - Joji Takada 7/26/2016

TFR filed. - Joji Takada 10/27/2016

Initial Projected Date of Final Report (TFR): 09/30/2016    Current Projected Date of Final Report (TFR): 09/30/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-33309 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Teralyn R. Hall | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0304 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3750 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/16 | 6 | Teralyn Hall | Non-exempt funds Nonexempt portion of tax refund | 1224-000 | $5,797.00 | | $5,797.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,787.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,777.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,767.00 |
| 01/19/17 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,329.70 | $4,437.30 |
| 01/19/17 | 1002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $7.38 | $4,429.92 |
| 01/19/17 | 1003 | Capital One Bank (USA), N. A. PO Box 71083 Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-000 | | $231.06 | $4,198.86 |
| 01/19/17 | 1004 | Capital One Bank (USA), N. A. PO Box 71083 Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-000 | | $1,603.81 | $2,595.05 |
| 01/19/17 | 1005 | Capital One, N.A. C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $1,221.77 | $1,373.28 |
| 01/19/17 | 1006 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Jc Penney) Pob 41067 Norfolk, Va 23541 | Final distribution per court order. | 7100-000 | | $1,373.28 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | $5,797.00 | $5,797.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Page Subtotals: | $5,797.00 | $5,797.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 8)

| | | |
|---|---:|---:|
| Subtotal | $5,797.00 | $5,797.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,797.00 | $5,797.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0304 - Checking | $5,797.00 | $5,797.00 | $0.00 |
| | $5,797.00 | $5,797.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,797.00 |
| Total Gross Receipts: | $5,797.00 |

Page Subtotals:  $0.00  $0.00